**DISTRIBUTOR AGREEMENT**

This Distributor Agreement is made between Innovative Brokerage Network, LLC, a licensed business entity out of the state of Missouri ("IBN"), and _Paul H. Allred_, subsequently identified as (the "Distributor").

By signing this Agreement, both parties therefore agree to the following:

1. <u>Products and Services</u>:  The Distributor shall have access to the programs, products, services and benefits made available by IBN to its distributors.  While The Distributor maintains the right to utilize the products and services offered by IBN, it does not have the authority to act on behalf of IBN in an official capacity.

2. <u>Use of Name of IBN or Carriers</u>: The Distributor may not use the name "Innovative Brokerage Network, LLC", the name of any IBN carriers or any derivatives of any such names in promotional or marketing material without prior written approval.  The Distributor complies in all respects with IBN and/or the carrier's policies in regards to such.

3. <u>Licensure</u>:  It is the responsibility of each party to obtain and maintain, on a current basis all licenses, certifications, permits and authorizations required by applicable federal, state, or local laws and regulations with respect to the sale of insurance.  Neither party will be held responsible for the oversight, or the others adherence to said regulations and laws.  Nor will they be responsible or liable for any judgments against the other party in such capacity.

4. <u>Compensation</u>:  With respect to business written through or referred to IBN, the Distributor shall receive agreed upon commission and other compensation from IBN, in accordance with state, federal and local laws and regulations.  Compensation will result in an annual 1099 filing.

5. <u>Independent Contractors</u>:  The relationship between the parties shall be that of independent contractors.  Nothing in this Agreement shall create, or be deemed to imply the creation of, any employment, partnership, joint venture or other relationship.  Neither party shall have the authority to incur any obligation, in any form, on behalf of the other party.  Each party shall bear its own costs and expenses related to the adherence to this Agreement.

6. <u>Indemnification</u>: The Distributor shall indemnify and hold harmless IBN and its directors, officers, employees, successors and agents from and against any and all losses, liabilities, claims, fines penalties, costs, expenses and damages, including attorney's fees and costs of investigation and defense, arising as a result of or with respect to any breach of this Agreement. The Distributor shall be responsible for, and pay over to IBN, the amounts of any charge-backs or set-offs imposed or required by carriers with respect to products for which the Distributor has previously been compensated.  The Distributor authorizes IBN to withhold from any compensation otherwise payable, or obligations otherwise owing, to the Distributor to IBN or any of its affiliates whether or not relating to or arising under this agreement.

7. <u>Limitation of Liability</u>:  The maximum liability of IBN for all claims, whether in contract, tort, or otherwise, arising out of, connected with, or resulting from any matter under this Agreement shall not exceed the amounts retained by IBN from carriers with respect to business written through, or referred from the Distributor during the three months immediately preceding the claim.  In no event shall IBN be liable for any indirect, incidental, special, consequential or punitive damages, including, without limitation, damages for lost profits, lost revenue, or lost savings, incurred by the Distributor or any third party, even if IBN has been advised of the

possibility of such damages, except to the extent such damages arise from willful misconduct or fraudulent or criminal acts or omissions.

8. <u>Termination</u>: This Agreement may be terminated by either party for any reason or no reason upon 90 days prior written notice to the other party, unless agreed upon by both parties, or to the extent where any party materially breaches any of its representations, agreements or obligations under this Agreement. The distributor shall have no further right or entitlement to any compensation for business written after the effective date of any termination of this agreement.

**INNOVATIVE BROKERAGE NETWORK, LLC**

By: _____

Name: __Justin C. Snapp__

Title: __Managing Principal__

Distributor:

Name: _Gaul H. Allred_

Business/DBA: _____

Title: _____

Signature: _____ 9/24/14